# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

ERNEST DELVA,

        Petitioner,

v.                                CASE NO.  4:06cv283-RH/WCS

ALBERTO GONZALES, et al.,

        Respondents.

_____/

## ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS

This matter is before the court on the magistrate judge's report and recommendation (document 12), to which no objections have been filed.  Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the opinion of the court.  Petitioner Ernest Delva's petition for a writ of habeas corpus pursuant to 28 U.S.C. §2241 is GRANTED.  Petitioner shall be removed from the United States or released from custody by December 11, 2006.  This order does not prohibit the imposition of conditions of release.  The clerk shall enter judgment and

close the file.

SO ORDERED this 24th day of November, 2006.

s/Robert L. Hinkle
Chief United States District Judge